19843

The STATE, Respondent, v. Harold Dean CHILDERS, Appellant.

(206 S. E. (2d) 266)

*Messrs. Sarratt & Ross,* of Gaffney, *for Appellant.*

*Messrs. Daniel R. McLeod, Atty. Gen., Robert M. Ariail, Asst. Atty. Gen.,* and *Wade S. Kolb, Jr., Staff Attorney,* of Columbia, *for Respondent.*

June 18, 1974.

*Per Curiam:*

We find the appeal in this matter to be manifestly without merit, and it is accordingly dismissed in open Court under Rule 23 of the Rules of this Court.